DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLAVIO TOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2560

[February 9, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 50-2009-CF-004482-AXXX-MB.

Flavio Tomas, Miami, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***